PEOPLE v LOPEZ

Docket No. 98266. Decided November 15, 1994. On application by the people for leave to appeal, the Supreme Court, in lieu of granting leave, dismissed the application.

Ricardo Lopez pleaded guilty in the Ingham Circuit Court, Carolyn Stell, J., of one count of first-degree criminal sexual conduct. The Court of Appeals, DANHOF, C.J:, and BEASLEY, J. (MICHAEL J. KELLY, J., dissenting), affirmed in an unpublished opinion per curiam (Docket No. 104085). The Supreme Court, in lieu of granting leave to appeal, remanded the case to the Court of Appeals. 437 Mich 858 (1990). On remand, the Court, DANHOF, C.J., and D. E. HOLBROOK, JR., and WAHLS, JJ., remanded for resentencing in an unpublished memorandum opinion (Docket No. 135019). At resentencing, the trial court reimposed the sentence. After remand, the Court of Appeals, MICHAEL J. KELLY, P.J., and MARILYN J. KELLY and CONNOR, JJ., again remanded for resentencing (Docket No. 141611). The people seek leave to appeal. In the interim, the defendant died.

In a unanimous memorandum opinion, the Supreme Court, in light of the death of the defendant, dismissed the application for leave to appeal and ordered that the opinion of the Court of Appeals, 202 Mich App 437; 510 NW2d 195 (1993), have no precedential effect.

*Frank J. Kelley,* Attorney General, *Thomas L. Casey,* Solicitor General, *Donald E. Martin,* Prosecuting Attorney, and *Samuel R. Smith,* Chief Appellate Attorney, for the people.

*James D. Lovewell* for the defendant.

MEMORANDUM OPINION. In 1987, the defendant was convicted of first-degree criminal sexual conduct.[1] Extended proceedings on appeal[2] led to a resentencing in 1991.

---

[1] MCL 750.520b(1)(a); MSA 28.788(2)(1)(a).

[2] Unpublished opinion per curiam of the Court of Appeals, issued

The defendant again appealed, and the Court of Appeals remanded the case for further proceedings. 202 Mich App 437; 510 NW2d 195 (1993).

The prosecutor has applied to this Court for leave to appeal. However, we are informed that the defendant has died.

In light of the death of the defendant, we dismiss this application for leave to appeal, but we further order that the opinion of the Court of Appeals in this case shall have no precedential force or effect. MCR 7.302(F)(1).

CAVANAGH, C.J., and LEVIN, BRICKLEY, BOYLE, RILEY, GRIFFIN, and MALLETT, JJ., concurred.

November 2, 1988 (Docket No. 104085); remanded to the Court of Appeals, 437 Mich 858 (1990); remanded to the circuit court, unpublished memorandum opinion of the Court of Appeals, issued January 18, 1991 (Docket No. 135019).